HILL *against* DOWNER.

IN ERROR, on *certiorari*, from a justice's court. In a suit by *Downer* against *Hill*, before the justice, *Hill* requested an adjournment, *before issue joined;* and offered to make affidavit, and give security. The justice inquired about his defence; and a desultory conversation ensued between the parties and the justice, at the close of which, the justice told the defendant, *Hill*, that what he set up as a defence could not avail him, if proved; and therefore refused the adjournment; upon which *Hill* confessed judgment for six dollars fifty-one cents, and judgment was entered accordingly.

*Where a defendant prayed an adjournment of a cause, before a justice, and which was refused, and then voluntarily confessed judgment; this was held as waiver by the defendant of all previous irregularity.*

*Per Curiam.* There does not appear to have been any unfair advantage taken of the defendant below; and by voluntarily confessing judgment, he has waived all previous irregularity, if any.

Judgment must be affirmed.